IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

   **v.**                                     NO. 10-30084-DRH

**DENESHION SWOPE,**

   **Defendant.**

### ORDER

Before the Court is a motion by the defendant (document #150) requesting that the revocation hearing in this matter be continued. The Government has no objection to this motion. The Court being fully advised of the matters alleged herein, **GRANTS** the motion and continues the revocation hearing from July 26, 2013 at 10:00 am to August 16, 2013 at 11:00 am.

   **IT IS SO ORDERED.**

   Signed this 22nd day of July, 2013.

Digitally signed by
David R. Herndon
Date: 2013.07.22
15:38:59 -05'00'

                                                           **Chief Judge**
                                                           **United States District Court**